**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS,
JONESBORO DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 17 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

ANGELLA SELLERS,

    Plaintiff,

vs.

COCA COLA ENTERPRISES, INC.,
COCA COLA, INC., ERIC C. YATES,
COCA-COLA REFRESHMENTS USA,
INC., JOHN DOE 2,
JOHN DOE 3

    Defendants.

No.: 3:14-cv-00175 DPM/JTK

JURY DEMANDED

This case assigned to District Judge MARSHALL
and to Magistrate Judge KEARNEY

---

**PETITION FOR REMOVAL**

---

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, JONESBORO DIVISION**

    Defendant Coca-Cola Refreshments USA, Inc. (hereinafter referred to as "Defendant" unless otherwise indicated) by and through the undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files a Petition for Removal of this action from the Circuit Court of Crittenden County, Arkansas Civil Division, in which the above-captioned matter is now pending to the United States District Court for the Eastern District of Arkansas, Jonesboro Division. In support of said Petition, Defendant states as follows:

    Defendant Eric C. Yates is represented by the undersigned counsel and pursuant to 28 U.S.C. § 1446(b)(2)(C) consents to the removal of this action from the Circuit Court of

1

Crittenden County, Arkansas Civil Division, to the United States District Court for the Eastern District of Arkansas, Jonesboro Division.

## NATURE OF ACTION

1. On February 7, 2014, Plaintiff Angella Sellers filed a Complaint styled as *Angella Sellers v. Coca Cola Enterprises Inc., Coca Cola Inc., Eric C. Yates, John Doe 1, John Doe 2, John Doe 3* docketed at No. CIV-2014-43 in the Circuit Court of Crittenden County, Arkansas Civil Division. Defendant Coca-Cola Refreshments USA, Inc. was not named as a defendant in the Plaintiff's February 7, 2014, Complaint.

2. Plaintiff Angella Sellers amended her initial Complaint and on June 5, 2014, Plaintiff filed a 1st Amended Complaint styled as *Angella Sellers v. Coca Cola Enterprises Inc., Coca Cola Inc., Eric C. Yates, Coca-Cola Refreshments USA, Inc., John Doe 2, John Doe 3* docketed at No. CIV-2014-43 (the "Civil Action"). This action is civil in nature, and allegedly arises in tort as a result of injuries and damages allegedly sustained due to the alleged negligent operation of a motor vehicle by Defendant Eric C. Yates. As a result of this alleged negligence, Plaintiff Angella Sellers contends she suffered personal injuries on or about February 10, 2011. Coca-Cola Refreshments USA, Inc. was not previously named as a defendant in Plaintiff's initial Complaint filed on February 7, 2014. Plaintiff's *ad danmum* as contained in the 1st Amended Complaint seeks a "judgment over and against Defendants to compensate her for the damages sustained by her in an amount exceeding the minimum amount required for diversity jurisdiction in the United States District Court."

3. Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, and orders served upon the Defendants are attached hereto as Collective Exhibit "A."

## REMOVAL IS TIMELY UNDER 28 U.S.C. § 1446(B)

4. Eric C. Yates first received Summons and Complaint in the Civil Action, by service or otherwise, on February 28, 2014. (Summons included in Collective Exhibit "A.").

5. Defendant Coca-Cola Refreshments USA, Inc. first received Summons and Complaint in the Civil Action, by service on June 18, 2014. (Summons included in Collective Exhibit "A").

6. Coca-Cola Enterprises Inc. has not been served with Summons and Complaint.

7. Coca Cola Inc. has not been served with Summons and Complaint.

8. This Petition for Removal is being filed within thirty (30) days after service of the 1st Amended Complaint on Defendant Coca-Cola Refreshment USA, Inc., and is therefore timely pursuant to 28 U.S.C. § 1446(b)(2)(B).

9. No previous application has been made for the relief requested herein.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00 UNDER 28 U.S.C. § 1332(A)

10. Plaintiff's 1st Amended Complaint seeks a "judgment over and against Defendants to compensate her for the damages sustained by her in an amount exceeding the minimum amount required for diversity jurisdiction in the United States District Court." (Pl. 1st Am. Compl ¶ 14).

11. An amount that exceeds the minimum amount required for diversity jurisdiction in the United States District Court exceeds $75,000.00 exclusive of interests and costs pursuant to 28 U.S.C. § 1332(a). As such, the amount in controversy requirement of 28 U.S.C. § 1332(a) is plainly satisfied.

## **THERE IS DIVERSITY OF CITIZENSHIP OF THE PARTIES**

12. Plaintiff is a citizen of Arkansas pursuant to 28 U.S.C. § 1332 as she alleges in her 1st Amended Complaint that she is a resident of Arkansas.

13. Defendant Eric C. Yates is a citizen of Tennessee pursuant to 28 U.S.C. § 1332.

14. Defendant Coca-Cola Refreshments USA, Inc. is a corporation incorporated under the laws of the State of Delaware. Coca-Cola Refreshments USA, Inc.'s principal place of business is located at One Coca-Cola Plaza, Atlanta, Georgia 30313.

15. Pursuant to 28 U.S.C. § 1332(c)(1) and (c)(2), full diversity of citizenship exists among all parties in this matter because Defendant Coca-Cola Refreshments USA, Inc. is incorporated and maintains its principal place of business in a different state than in which Plaintiff resides, and Defendant Eric C. Yates is a citizen of a different state in which Plaintiff resides.

16. Coca Cola Enterprises Inc. has not received a Summons or Complaint in this Civil Action.

17. Coca Cola, Inc. has not received a Summons or Complaint in this Civil Action.

18. For purposes of removal, pursuant to 28 U.S.C. § 1441(b)(1) the citizenship of John Doe 2 shall be disregarded.

19. For purposes of removal, pursuant to 28 U.S.C. § 1441(b)(1) the citizenship of John Doe 3 shall be disregarded.

20. For these reasons, and as described below, diversity is proper pursuant to 28 U.S.C. § 1332(a)(1). This Court has subject matter jurisdiction over this action.

## ALL NAMED DEFENDANTS CONSENT TO REMOVAL

21. All named Defendants who have been served in this matter consent to this removal as Defendant Eric C. Yates and Defendant Coca-Cola Refreshments USA, Inc. are represented by your undersigned counsel, and join in this Petition for Removal.

## VENUE IS PROPER

22. Venue of this removal is proper pursuant to 28 U.S.C. § 1441(a) as this Court is the United States District Court for the district and division where the Civil Action is pending.

## FILING OF REMOVAL PAPERS

23. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's Counsel. Also, a Notice of Filing of Petition for Removal is simultaneously being filed in the Circuit Court of Crittenden County, Arkansas Civil Division. A true and correct copy of this Notice being filed is attached hereto as Exhibit "B."

## PLEA FOR REMOVAL

24. Pursuant to 28 U.S.C. § 1441, "any civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

25. Insofar as the amount in controversy is alleged to exceed $75,000.00 and full diversity exists between the served parties, removal is proper pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1446.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Coca-Cola Refreshments USA, Inc., without waiving and preserving all objections and motions, file this Petition for Removal so that the entire State Court Action under No. CIV-2014-43, now pending in the

Circuit Court of Crittenden County, Arkansas Civil Division, shall be removed to this Court for all further proceedings. Defendant Eric C. Yates consents to the removal.

Respectfully submitted this the 17th day of July, 2014.

MCANGUS GOUDELOCK & COURIE, LLC

/s/ FRANK L. DAY
FRANK L. DAY, #2007085
MGC, PLLC
1661 International Place
Suite 400
Memphis, Tennessee 38120
901-682-3435
frank.day@mgclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2014, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party: If not filed via the ECF system, then service on each of the below noted attorneys was accomplished by email.

Jerry D. Roberts, Esq. #98208
405 Highway 64 W.
Post Office Box 844
Wynne, AR 72396

Louis P. Chiozza, Jr., Esq.
230 Adams Ave.
Memphis, TN 38103-1922
901-526-9494

s/FRANK L. DAY
FRANK L. DAY
