## IN THE CIRCUIT COURT OF CRITTENDON COUNTY, ARKANSAS
### CIVIL DIVISION

ANGELLA SELLERS                                        PLAINTIFF

VS.                     CASE NO. CIV-2014-43

COCA COLA ENTERPRISES INC., COCA COLA INC.
ERIC C. YATES, JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3,                                       DEFENDANTS

### COMPLAINT

Come the Plaintiff, Angella Sellers, by her attorney, Jerry D. Roberts, and Louis Chiozza Jr. and for her complaint alleges and states:

### PARTIES, JURISDICTION, AND VENUE

1. The Plaintiff, Angella Sellers, is a resident of Crittendon County, Arkansas.

2. The Defendant, Eric Yates, is believed to be a resident of Shelby County, Memphis, TN.

3. Coca Cola Inc. is listed in the police report of the accident as the owner of the vehicle operated by Defendant Eric Yates and is believed to be a foreign corporation that employed the separate Defendant Eric Yates at the time of the accident complained of herein and is being sued under the theory of Respondeat Superior.

4. Alternatively, Coca Cola Enterprises Inc., is the corporation at the listed address given for the ownership of the vehicle driven by the separate Defendant Eric Yates and is believed to be a foreign corporation that employed the Separate Defendant Eric Yates at the time of the accident and is being sued under the theory of Respondeat Superior.

5.  John Doe 1 is an unknown corporation or entity that owned and operated the truck driven by Separate Defendant Eric Yates and employed the Defendant Eric Yates as a driver at the time of the accident complained of herein and is being sued under the theory of Respondeat Superior.

6.  John Doe 2 is an unknown corporation or entity that owned and operated the truck driven by Separate Defendant Eric Yates and employed the Defendant Eric Yates as a driver at the time of the accident complained of herein and is being sued under the theory of Respondeat Superior.

7.  John Doe 3 is an unknown person, corporation or entity that owned and operated the truck driven by Separate Defendant Eric Yates and employed the Defendant Eric Yates as a driver at the time of the accident complained of herein and is being sued under the theory of Respondeat Superior.

8.  This court has jurisdiction over the parties named herein and over the subject matter at issue herein. Venue is proper in this court.

## FACTS

9.  On or about February 10th, 2011, the Plaintiff, Angella Sellers, was a passenger in a 1989 Ford F-150 being driven by Remey Henderson and was traveling South on Arkansas State Highway 38/Martin Luther King Drive in Crittendon County, Arkansas. At said time and place, Defendant, Eric Yates, was driving a 2007 Freightliner semi-truck owned and operated by the Defendants. The 2007 Freightliner semi-truck and trailer that had Coca Cola in large letters on each side of the truck or the trailer. Defendant Eric Yates was traveling northbound in the aforementioned truck on Arkansas Highway 38/Martin Luther King Drive. While attempting to turn left onto Southland Drive from Arkansas Highway 38/Martin Luther King Drive and without yielding to Plaintiff's right of way, Defendant Eric Yates turned his vehicle into Plaintiff's lane of traffic causing a collision between the vehicle in which the Plaintiff was a passenger and Defendant's vehicle resulting in the

damages and injuries set out hereinafter. At all times the Defendant was working as a driver for one, more or all of the other Defendants and was operating said truck in the course of his employment with the Defendants. The Defendant Eric Yates was issued a citation for failure to yield right of way.

10. The injuries and damages in the aforesaid collision were caused by the negligence of the Defendant in the following regard:

    a)    In failing to yield to Plaintiff's right of way;

    b)    In failing to keep a proper lookout;

    c)    In making an improper turn; and

    d)    In failing to exercise ordinary care under the circumstances.

11. The separate Defendant Eric Yates, was at the time of the actions complained of an employee of one or all of the Defendants and his actions are attributable to the other Defendants under the theory of Respondeat Superior and they should be held liable for the damages suffered by the Plaintiff due to the Defendant Eric Yates acts of negligence.

12. As a direct and proximate cause of the Defendant's negligence, Plaintiff Angela Sellers sustained the following injuries:

    a) Back and neck strain; and

    b) Back and Neck injury

    c) Injury to her right foot

    d) Dizziness; and

    e) weakness in her extremities; and

    f) stroke; and

    g) weakness and numbness on the right side of her body

13. As a direct and proximate cause of the Defendant's negligence, Plaintiff Angela Sellers

has endured pain, suffering, and mental anguish and will continue to do so in the future. Plaintiff has further incurred medical expenses in the approximate amount of $30,000.00 and will continue to do so in the future. Plaintiff may have suffered permanent impairment. The Plaintiff has also suffered lost wages.

14. The Plaintiff is entitled to judgment over and against the Defendants to compensate her for the damages sustained by her in an amount exceeding the minimum amount required for diversity jurisdiction in the United States District Court.

**WHEREFORE**, Plaintiffs pray that they have of and recover judgment against the Defendant for compensatory damages; for their attorney fees; for their costs; and for all other relief to which they may be entitled.

RESPECTFULLY SUBMITTED,

GLOVER & ROBERTS
Attorneys for Plaintiffs

By: _____
Jerry D. Roberts (#98208)
405 Highway 64 W.
Post Office Box 844
Wynne, Arkansas 72396
(870) 238-2412

Louis P. Chizzoa Jr.
230 Adams Ave
Memphis Tennesse 38103-1922