# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANGELLA SELLERS                                                         PLAINTIFF

v.                                No. 3:14-cv-175-DPM

COCA COLA ENTERPRISES INC.;
COCA COLA INC.; COCA-COLA
REFRESHMENTS USA, INC.; ERIC C.
YATES; and JOHN DOES 2-3                            DEFENDANTS

## ORDER

The Court notes this new case. About a decade ago, I represented a Coca-Cola company — I think it was Coca-Cola Enterprises Inc. — in an appeal. *Coca-Cola Bottling Co. of Memphis, Tennessee v. Gill*, 352 Ark. 240, 100 S.W.3d 715 (2003). I've considered recusal. But given the passage of time and the lack of any connection between the cases, I don't believe that a person would reasonably question my impartiality in this dispute. 28 U.S.C. § 455. If any party would like me to revisit the recusal issue, I will be happy to do so. If no party seeks reconsideration by 1 August 2014, however, I will consider the issue closed, and the case will stay with me.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

_22 July 2014_