IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANGELLA SELLERS**                                              **PLAINTIFF**

v.                            No. 3:14-cv-175-DPM

**COCA COLA ENTERPRISES, INC.;
COCA COLA, INC.; COCA-COLA
REFRESHMENTS USA, INC.; ERIC C.
YATES; and JOHN DOES 2-3**                                       **DEFENDANTS**

## JUDGMENT

Sellers's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2014